

No. 11–0626/AR. U.S. v. Kirby B. Moses. CCA 20090247. Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE IN SPECI-
> FICATION 1 OF CHARGE VI THAT APPELLANT'S INDECENT ACTS
> WERE PREJUDICIAL TO GOOD ORDER AND DISCIPLINE OR SER-
> VICE DISCREDITING UNDER ARTICLE 134, UCMJ, SUBSTANTIAL-
> LY PREJUDICED APPELLANT'S CONSTITUTIONAL RIGHT TO FAIR
> NOTICE OF THE CHARGE AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0320/AF. U.S. v. Chadrick L. Capel. CCA S31819. Review granted on the following issue raised by appellate defense counsel:

I. WHETHER THE LOWER COURT MISAPPLIED UNITED STATES v. FOSLER AND UNITED STATES v. WATKINS IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELE-MENT, THE ARTICLE 134 SPECIFICATION HERE STATES AN OF-FENSE.

And the following issue specified by the Court:

II. WHETHER THE EVIDENCE IS LEGALLY SUFFICIENT TO SUS-TAIN APPELLANT'S CONVICTION FOR MAKING A FALSE OFFI-CIAL STATEMENT, ARTICLE 107, UCMJ, UNDER THIS COURT'S DECISIONS IN *UNITED STATES v. TEFFEAU*, 58 M.J. 62 (C.A.A.F. 2002), AND *UNITED STATES v. DAY*, 66 M.J. 172 (C.A.A.F. 2008).

Briefs will be filed under Rule 25 on Issue II only.

No. 12–0331/AR. U.S. v. Jamil V. Williams. CCA 20090619. Review granted on the following issue:

> WHETHER THE GOVERNMENT'S FAILURE TO ALLEGE THE TER-
> MINAL ELEMENTS OF ARTICLE 134 OF THE UNIFORM CODE OF
> MILITARY JUSTICE IN THE SPECIFICATION OF CHARGE IV AND
> IN SPECIFICATION 1 OF ADDITIONAL CHARGE V REQUIRES THIS
> COURT TO SET ASIDE THOSE SPECIFICATIONS.

No briefs will be filed under Rule 25.